UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Darell Deon Chancellor,

           Plaintiff(s),

v.

Detroit, City of et al.,

           Defendant(s).
_____/

Case No. 2:20-cv-11992

Honorable Stephen J. Murphy, III

Magistrate Judge David R. Grand

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. **20-cv-11616**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **George Caram Steeh** and Magistrate Judge **R. Steven Whalen**.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

s/George Caram Steeh
George Caram Steeh
United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: **CIVIL**

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: 7/27/2020

s/N. Ahmed
Deputy Clerk

cc:     Parties and/or counsel of record
       Honorable George Caram Steeh